NUMBER 13-08-00298-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

NATALIA CASTRO, APPELLANT,


v.



ISABEL ALONZO, APPELLEE. 

_____________________________________________________________


On Appeal from the 138th District Court 


of Cameron County, Texas.


______________________________________________________________

 

MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza and Vela


Memorandum Opinion Per Curiam


 Appellant perfected an appeal from a judgment entered by the 138th District Court
of Cameron County, Texas, in cause number 2006-07-3214-B. Appellant has filed an
unopposed motion to dismiss the appeal on grounds that the parties have settled the
lawsuit and releases have been signed by the parties. Appellant requests that this Court
dismiss the appeal.

 The Court, having considered the documents on file and appellant's unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby
DISMISSED. In accordance with the agreement of the parties, costs are taxed against the
party incurring them. Having dismissed the appeal at appellant's request, no motion for
rehearing will be entertained, and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 5th day of February, 2009.